UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRIAM FRANCO AND RAMON CARMONA, *individually and as parents and natural guardians of K.C.*,

                 Plaintiffs,

                 -v.-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                 Defendant.

19 Civ. 2925 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On May 18, 2020, the United States Court of Appeals for the Second Circuit issued its decision in *Ventura de Paulino* v. *New York City Department of Education*, --- F.3d ---, 2020 WL 2516650 (2d Cir. May 18, 2020). The parties are hereby ORDERED to file supplemental letter briefs on or before June 3, 2020, in which the parties are instructed to address how the decision in *Ventura de Paulino* impacts the viability of Plaintiffs' Complaint.

SO ORDERED.

Dated:    May 19, 2020
             New York, New York

                                                       KATHERINE POLK FAILLA
                                                     United States District Judge