UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRIAM FRANCO AND RAMON CARMONA, *individually and as parents and natural guardians of K.C.*,

Plaintiffs,

-v.-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

19 Civ. 2925 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On May 18, 2020, the United States Court of Appeals for the Second Circuit issued its decision in *Ventura de Paulino* v. *New York City Department of Education*, --- F.3d ---, 2020 WL 2516650 (2d Cir. May 18, 2020). The Court understands that the petitioners in that action and the tandem cases associated with it have filed a petition for a panel rehearing and a petition for a rehearing *en banc*. In light of those pending petitions, this matter is hereby STAYED until further order of the Court. The parties are ORDERED to notify the Court within 48 hours of the Second Circuit's resolution of the pending petitions for rehearing.

SO ORDERED.

Dated:   June 8, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge