UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIRIAM FRANCO AND RAMON CARMONA, *individually and as parents and natural guardians of K.C.*,

                      Plaintiffs,

                      -v.-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                      Defendant.

19 Civ. 2925 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Plaintiffs' letter dated July 2, 2020, arguing that the Second Circuit's decision in *Ventura de Paulino* v. *New York City Department of Education*, --- F.3d ---, 2020 WL 2516650 (2d Cir. May 18, 2020) does not mandate dismissal of this action. (Dkt. #53). Defendant is hereby ORDERED to respond to Plaintiffs' July 2, 2020 letter on or before July 15, 2020, in a letter brief not to exceed ten pages in length.

SO ORDERED.

Dated:    July 6, 2020
             New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge