UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRIAM FRANCO AND RAMON CARMONA, *individually and as parents and natural guardians of K.C.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　-v.-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　Defendant. | 19 Civ. 2925 (KPF) |
| SUSANNE ERDE and MICHAEL ERDE, *individually and as parents and natural guardians of J.E.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　-v.-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　Defendant. | 19 Civ. 2946 (KPF) |
| SUSANNE ERDE, *individually as Parent and Natural Guardian of J.E.*, and MICHAEL ERDE, *individually as Parent and Natural Guardian of J.E.*,,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　-v.-<br><br>RICHARD CARRANZA, *in his official capacity as Chancellor of the New York City Department of Education*, NEW YORK CITY DEPARTMENT OF EDUCATION, and NEW YORK STATE EDUCATION DEPARTMENT,<br><br>　　　　　　　　Defendants. | 19 Civ. 8401 (KPF) |

| | |
|---|---|
| RAMON CARMONA and MIRIAM FRANCO *as Parents and Natural Guardians of K.C.*,<br><br>                                Plaintiffs,<br><br>         -v.-<br><br>RICHARD CARRANZA, *in his official capacity as Chancellor of New York City Department of Education*, and NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                                Defendants. | 19 Civ. 11937 (KPF) |
| NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                                Plaintiffs,<br><br>         -v.-<br><br>MIRIAM FRANCO AND RAMON CARMONA, *individually and as parents and natural guardians of K.C.*,<br><br>                                Defendant. | 20 Civ. 4760 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERD to appear for a telephonic conference on January 8, 2021, at 3:30 p.m., for an oral decision on the motions pending in these cases. At 3:30 p.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 3:30 p.m.

SO ORDERED.

Dated:	January 6, 2021
	New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge